# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

an Apple Watch, two Apple iPhones with SIM cards, an Android phone with SIM card, a Cricket phone, and a 1+ phone secured by HCSO and described in Attachment A

) ) ) ) ) )

Case No. 1:22-mj- 208

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A

located in the ___Eastern___ District of ___Tennessee___, there is now concealed *(identify the person or describe the property to be seized)*:

see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & (e), 2252A, 2422(b), and 2423(a) & (b) | sexual exploitation of children, certain activities relating to material constituting or containing child pornography, coercion and enticement, and transportation and travel with intent to engage in criminal sexual activity |

The application is based on these facts:
see attached Affidavit in Support of Application for Search Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jason Maucere, HCSO Detective & HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/15/2022___

*Judge's signature*

City and state: ___Chattanooga, Tennessee___     Christopher H. Steger, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>an Apple Watch, two Apple iPhones with SIM cards, an Android phone with SIM card, a Cricket phone, and a 1+ phone secured by HCSO and described in Attachment A | )<br>)<br>)  Case No.  1:22-mj- 208<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Tennessee____
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____August 29, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Christopher H. Steger, United States Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: ____August 15, 2022 @ 4:25 p.m.____   ____[signature]____
                                                                                                    *Judge's signature*

City and state: ____Chattanooga, Tennessee____   ____Christopher H. Steger, United States Magistrate Judge____
                                                                                      *Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to:

- A. One (1) Black Apple Watch – Series 6, listed under HCSO property evidence number PE22-02303

- B. One (1) Black Apple iPhone with SIM Card, listed under HCSO property evidence number PE22-02306

- C. One (1) Black Google Android Phone with SIM Card, listed under HCSO property evidence number PE22-02304

- D. One (1) Black Cricket Phone, listed under HCSO property evidence number PE22-02305

- E. One (1) Black 1+ Phone, listed under HCSO property evidence number PE22-02307

- F. One (1) Green Apple iPhone with SIM Card, listed under HCSO property evidence number PE22-02308

(collectively the SUBJECT DEVICES), held at the Hamilton County Sheriff's Office (HCSO), located at 6233 Dayton Blvd, Chattanooga, Tennessee, in the Eastern District of Tennessee.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

All records, located within the SUBJECT DEVICES listed in Attachment A, that constitute contraband or evidence, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 2422(b), **Coercion and enticement**; 2423(a), **Transportation with intent to engage in criminal sexual activity**, 2423(b), **Travel with intent to engage in illicit sexual conduct**, 2251(a) and (e), **Sexual exploitation of children** (production of child pornography); and 2252A(a)(1), (2), (5)(B) and (b), **Certain activities relating to material constituting or containing child pornography**; including:

1. Images or visual depictions of child pornography, as that term is defined in 18 U.S.C. § 2256(8).

2. Images and videos of child erotica (i.e., children engaged in sexually suggestive poses or settings that do not meet the definition of child pornography).

3. Information, correspondence, records, documents, or other materials constituting evidence of or pertaining to sexual activity with children, child pornography, child erotica, or access to or sexual interest in children.

4. Information, correspondence, records, documents, or other materials constituting evidence of human trafficking, commercial sex acts, or travel to and / or transportation of a minor with intent to engage in sexual activity, including records of payments to or for minors, hotel reservations and receipts, gas and restaurant receipts, GPS data, and Wi-Fi connections.

5. Any and all information and materials, in any format or medium, that concern email accounts, online storage, or other remote computer storage relevant to the above offenses.

6. Any information or materials that concern ownership and/or usage of the SUBJECT DEVICES, including:

    (a) Evidence of who used, owned, or controlled the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence.

    (b) Evidence of software that would allow others to control the SUBJECT DEVICES, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software.

    (c) Evidence of the lack of such malicious software.

(d) Evidence of the attachment to the SUBJECT DEVICES of other storage devices or similar containers for electronic evidence.

(e) Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the SUBJECT DEVICES.

(f) Evidence of the times the SUBJECT DEVICES were used.

(g) Records of or information about Internet Protocol addresses used by the SUBJECT DEVICES.

(h) Records of or information about the SUBJECT DEVICES' Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

(i) Contextual information necessary to understand the evidence described in this attachment.